UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                     Chapter 13
    Jay Schneiss,

          Debtors.                                 Case No 11-26774 PP

NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Jay Schneiss has filed papers with the Court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to modify the plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing which shall contain a plain statement of the factual and legal basis for the objection. File your written request at:

                Clerk of Bankruptcy Court
                517 East Wisconsin Avenue
                Room 126
                Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

                Attorney Lorin M. Schuchardt
                Affiliated Attorneys, LLC
                1126 South 70th Street, Suite N405
                Milwaukee, WI 53214

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an Order Modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

   ✓ The Debtor;

   ____ The Chapter 13 Trustee (post-confirmation modifications only);

   ____ The holder of an unsecured claim (Name:_____) (post-confirmation modifications only).

2. This is a request to modify a Chapter 13 Plan (select A or B):

   A. ____ Post-confirmation;

   B. ✓ Pre-confirmation (select i. or ii.);

       i. ✓ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

       ii. ____ Debtor(s)/Debtors(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

   Include the length of the plan

4. The reason(s) for the modification is/are:

   The plan was filed with the length of the plan omitted.

5. Select A or B.

   A. ____ The Chapter 13 Plan confirmed or last modified on _____ is modified as follows:

Affiliated Attorneys, LLC
1126 South 70th Street, Suite N405
Milwaukee, WI 53214
(414) 277-9088 Fax: (414) 277-9087
affiliatedattorneys@tds.net

B. ✓ The unconfirmed Chapter 13 Plan dated April 29, 2011 is modified as follows:

The Debtor shall pay $225.00 per month for the period of 48 months.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOESE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

Dated  5-5-11  at Milwaukee, WI.

AFFILIATED ATTORNEYS, LLC
Attorneys for the Debtor(s)

Lorin M. Schuchardt
State Bar No. 1020144

Affiliated Attorneys, LLC
1126 South 70th Street, Suite N405
Milwaukee, WI 53214
(414) 277-9088 Fax: (414) 277-9087
affiliatedattorneys@tds.net